Opinion
issued April 5, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00523-CV

 



 

JUAN HINOJOSA AND ENEIDA
HINOJOSA AND/OR ALL OCCUPANTS OF 307 ARVANA STREET, HOUSTON, TEXAS, 77034,
Appellants

 

V.

 

NORTHERN TRUST N.A., Appellee

 



                                                                                               

On Appeal from County Civil
Court at Law No. 3

 Harris County, Texas

Trial Court Cause No. 957661

 



 

MEMORANDUM
OPINION








Appellants, Juan Hinojosa and Eneida Hinojosa and/or all
occupants of 307 Arvana Street, Houston, Texas,
77034, have failed to timely file a brief.  See Tex.
R. App. P. 38.6(a) (governing
time to file brief), 38.8(a) (governing
failure of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellants did not respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Keyes, Bland, and Sharp.